UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., </br></br>    Plaintiffs. </br></br>v. </br></br>JA WACHTER BUILDERS, INC., </br></br>    Defendant. | Case No. 4:10cv65 HEA |

### ORDER AND WRIT OF BODY ATTACHMENT

This matter is before the Court on plaintiffs' Motion for Contempt. Plaintiffs have requested the Court's intervention because of defendant's failure to comply with an order of this Court.

Defendant has never entered an appearance in this matter. The Court entered an Order compelling defendant to submit to an audit by March 18, 2010. Defendant did not comply. The Court then ordered defendant to appear on April 6, 2010 in order to show cause why it should not be found in civil contempt. Defendant failed to appear. Defendant has failed and refused to comply with the Court's Orders, therefore the defendant is therefore in civil contempt of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiffs' Motion for Contempt is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant JA Wachter Builders, Inc. be fined an amount of $200.00 for every day it continues to be in contempt of this Court, beginning with the date of this order, payable to the Clerk of the Court. These fines shall mount daily until defendant has absolved itself of contempt by complying with the Court's Order.

**IT IS FURTHER ORDERED** that an order and writ of body attachment is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Marshals shall seize John A. Wachter, defendant's principal, and bring him before this Court for an examination under oath, and to show cause why he should not be incarcerated for failure to comply with the Court's orders, as soon as possible, and bring him before this Court during the Court's regular business hours.

_/s/ Henry E. Autrey_
HON. HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE

Date: April 7, 2010