UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION, LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| JA WACHTER BUILDERS, INC., | ) ) |
| Defendant. | ) |

Case No. 4:10CV65 HEA

## ORDER

This matter is before the Court on Defendant's Motion for Contempt, [Doc. No. 24]. Plaintiffs advise the Court that Defendant has failed to comply with this Court's Order of March 22, 2010, requiring the Defendant to respond to Plaintiff's discovery requests.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant JA Wachter Builder, Inc. shall show cause on Tuesday, May 18, 2010, at 10:30 a.m. in the courtroom of the undersigned to demonstrate to the Court why it should not be held in contempt for failing to provide the response as ordered in this Court's March 22, 2010, Order.

Failure to show cause will result in the imposition of sanctions.

Dated this 12th day of May, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE